ALLEN KNOWLES, administrator of SAMUEL THOMPSON, deceased, appellant,

*v.*

ANNIE DOWNIE, respondent.

On appeal from a decree of the ordinary, whose opinion is reported in *Downie* v. *Knowles, 10 Stew. Eq. 513.*

*Mr. George S. Hilton* and *Mr. J. S. Barkalow,* for appellants.

*Mr. Eugene Stevenson,* for respondent.

PER CURIAM.

Decree unanimously affirmed for reasons given by the ordinary.